FILED

09 JUL -2 PM 4:00

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  JOSEPH A. MANDOUR, III (SBN 188896)
   MANDOUR & ASSOCIATES
2  16870 West Bernardo Drive
3  Suite 400
   San Diego, CA 92127
4  Tel:  (858) 487-9300
   Fax: (858) 487-9390
5  jmandour@mandourlaw.com

6
7  Attorneys for Plaintiffs,
   EDEN BEAUTY CONCEPTS, INC.

8
                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  _____          '08 CV 1182 L WMc
                                    )
12  EDEN BEAUTY CONCEPTS, INC.,      )    Civil Case No. _____
    a California Corporation,        )
13                                   )                         BY FAX
           Plaintiff,                )    PLAINTIFF EDEN BEAUTY
14                                   )    CONCEPTS, INC.'S COMPLAINT FOR
           v.                        )    TRADEMARK INFRINGEMENT
15                                   )
16  CALVIN KLEIN COSMETICS           )
    COMPANY,                         )    DEMAND FOR JURY TRIAL
17  a Delaware Corporation, and      )
                                     )
18  WILLIN, LLC,                     )
    a Nevada Limited Liability Company; )
19  and Does 1-10 Inclusive,         )
                                     )
20                                   )
           Defendants.               )
21  _____  )

22

23       Plaintiff Eden Beauty Concepts, Inc., by and through its counsel, alleges as and for its

24  Complaint against Defendant Calvin Klein Cosmetics Co. as follows:

25                        **NATURE OF THE ACTION**

26       1.     This is an action for unfair competition under state and federal law and trademark

27  infringement pursuant to 15 U.S.C. §§ 1114 & 1125 that Defendant's use of a "Euphoria" mark

28  infringes upon United States Trademark Registration No. 3,015,048, owned by Eden Beauty Concepts,

ORIGINAL

1  Inc., and registered in International Class 003, in conjunction with hair care and skin care products.

2  **THE PARTIES**

3  2.    Plaintiff EDEN BEAUTY CONCEPTS, INC. (hereinafter referred to as "EDEN"), is a

4  corporation, organized and existing under the laws of the State of California, and having a place of

5  business at 2885 Loker Avenue East, Carlsbad, CA 92008.

6  3.    On information and belief Defendant CALVIN KLEIN COSMETICS COMPANY

7  (hereinafter referred to as "CALVIN KLEIN"), is a corporation that is incorporated under the laws of

8  the State of Delaware, with its principal place of business in the State of New York.  Defendant is

9  registered to do business in the State of California and has a registered agent for service of process in

10  the State of California.  Service of process on Calvin Klein may be made according to the laws of the

11  State of California at this address: CT Corporation System, 818 W. 7th Street Los Angeles, CA 90017.

12  4.    On information and belief Defendant WILLIN, LLC (hereinafter referred to as

13  "WILLIN,") (collectively referred to with Calvin Klein as "DEFENDANTS"), is a Nevada limited

14  liability company with a principal place of business in Nevada, and who does business in the State of

15  California.  Service of process on Willin may be made on the registered agent, Stacy M. Rocheleau,

16  Esq., 400 N Stephanie St., Suite 260, Henderson, NV 89014.

17  **JURISDICTION AND VENUE**

18  5.    This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. §1338

19  because the suit arises under the trademark laws of the United States, including 15 U.S.C. §§ 1114 &

20  1125, and pendent jurisdiction of any and all state causes of action under 28 U.S.C. § 1367.

21  6.    This Court has personal jurisdiction over Defendants because, on information and belief,

22  Defendants transact business in the Southern District of California.  Further, on information and belief,

23  Defendants direct business activities toward California through advertisements, promotions, and sales.

24  7.    Venue is proper in this district under 28 U.S.C. §1391(b)(2)&(c) because a substantial

25  part of the events or omissions giving rise to this claim for trademark infringement occurred in this

26  District.

27  **FACTS**

28  8.    On or about August 15, 1995, Eden began using the trademark "Eufora" in conjunction

PLAINTIFF EDEN BEAUTY CONCEPT, INC.'S
COMPLAINT FOR TRADEMARK INFRINGEMENT

1  with the hair care and skin care products that it develops, manufactures and sells. Eden filed for a

2  federal trademark application for "Eufora" on or about December 1996. Thereafter, on or about

3  December 23, 1997, U.S. Registration No. 2,123,600 was issued to Eden for International Class 003, in

4  association with "hair care products, namely, shampoos, conditioners, styling gels and hair sprays; and

5  skin care products, namely, bath salts, body lotion and body oils."

6     9.    On or about October 15, 2004, Eden filed for another federal registration of the mark

7  "Eufora" in conjunction with International Class 003, in association with "[h]air care products, namely,

8  shampoos, conditioners, styling gels and hair sprays – and skin care products, namely, bath salts, body

9  lotions and body oils."

10    10.    On or about March 14, 2006, U.S. Registration Number: 3,067,693 issued to Eden and

11  the mark was listed on the principal register. (*See* Exhibit 1).

12    11.    Since August 15, 1995, when Eden began using the mark "Eufora," Eden has made

13  continuous use of the mark in conjunction with its hair care and skin care products as identified in its

14  federal registration.

15    12.    On information and belief, some years after Eden adopted use of the mark "Eufora,"

16  Calvin Klein began using the mark "Euphoria," but only in conjunction with perfumes and colognes in

17  the United States.

18    13.    On information and belief, Calvin Klein initially only used the mark "Euphoria" to

19  promote a line of colognes and perfumes. However, since Calvin Klein's initial use of the mark in

20  conjunction with colognes and perfumes, on information and belief, Calvin Klein has recently

21  expanded the product lines offered under the "Euphoria" mark into product lines for which Eden had

22  previously registered and made use of the mark "Eufora." On information and belief, this includes

23  shampoos, bath and body gels, shower creams and gels, body creams and skin lotions, among other

24  things. (*See* advertisements and photographs of representative products, attached herewith as Exhibit

25  2).

26    14.    On information and belief, Willin filed the pending application no. 78/635,594 for

27  "Euphoria." This pending application, for "Euphoria," seeks registration in the following classes and in

28  association with the following products:

**International Class 003**, for "Make-up products for the face and body; non-medicated skin care lotions; **skin care products**, namely, non-medicated skin serum, **lotions** and skin care protectorants; personal hygiene products, namely, soaps and skin cleansing solutions, **hair care products**, namely, **shampoos** and **conditioners**; nail care products, namely, nail polish, nail polish remover; sun protection products, namely, sun-block preparations; perfumes; toilet water; cologne, massage lotions, massage oils and aroma therapy oils;"

**International Class 041**, for "educational services in the nature of beauty schools; educational services and schools, namely, conducting beauty schools, training, classes and seminars in the fields of beauty, personal fitness, nail care, skin care and massage;" and;

**International Class 044**, for "salon services, namely, skin care salons, beauty salons, hair salons featuring cutting, styling, washing and coloring, and massage salons; spa services featuring facials, massages, make-up care services, and cosmetic body care services and cosmetology services." (emphasis added).

15.    On information and belief, Calvin Klein is a purported licensee of Willin.

16.    Eden believes that Calvin Klein's new uses and attempted registrations of the term "Euphoria," whether or not as Willin's licensee, assignee, or otherwise, are likely to cause confusion among consumers as to the origins of Calvin Klein's, Willin's, and/or Eden's products and are detrimental to the goodwill and value associated with Eden's "Eufora" brand.

17.    The trademark "Eufora" is inherently distinctive, since it is an arbitrary and/or fanciful mark, and neither serves as a name for the hair care and skin care products themselves nor describes any quality, characteristic, or ingredient of hair care and skin care products.

18.    Eden has used and promoted its "Eufora" mark in national print magazines, including Elle® Magazine, as well as other print media, direct mailings, various on-line websites, retailers and through salons across the country, and continues to do so. Representative copies of some of these materials are attached herewith as Exhibit 3. As a result of extensive use and promotion of this mark, Eden's famous "Eufora" mark has acquired a favorable reputation to consumers as an identifier and symbol of Eden and its products, services, and goodwill. Accordingly, the "Eufora" mark is strong and is entitled to broad protection.

19.    Eden continues to invest substantial sums in promoting its products and services offered under the "Eufora" mark.

20.    Despite the limitless other marks that Defendants could have chosen, they wrongfully appropriated a mark nearly identical to Eden's "Eufora" mark, without Eden's permission.

21.    On information and belief, to the extent Defendants have any rights to any marks registered in Willin's name, or either of Defendants' names individually or together, Defendants have failed to properly utilize the registered marks.

22.    Defendants' wrongful activities are believed to be willful since Defendants chose a trademark nearly identical in sight and sound to Eden's "Eufora" mark, even though the most rudimentary trademark search would have revealed Eden's previous federal registrations for the nearly identical mark for identical types of products.   On information and belief, Defendants have acted knowingly, and in concert, to infringe on the rights of Eden.

## CLAIMS FOR RELIEF

### Count 1

### (Trademark Infringement Under the Lanham Act)

23.    Eden repeats and incorporates by reference the statements and allegations in paragraphs 1 to 22 of the Complaint as though fully set forth herein.

24.    Defendants' unauthorized use of "Euphoria" as a mark falsely indicates to consumers that Defendants' hair care and skin care products originate from, are approved by, are sponsored by, are licensed by, or are affiliated with Eden or are otherwise associated with Eden's hair care and skin care products.

25.    Defendants' unauthorized use of "Euphoria" in the manner described above is likely to cause confusion, to cause mistake, or to deceive customers and potential customers of the parties by suggesting some affiliation, connection, or association of Defendants with Eden.

26.    Defendants' actions, as set forth above, constitute trademark infringement and contributory infringement in violation of the Lanham Act, 15 U.S.C. §1114(1).

### Count 2

### (Unfair Competition Under the Lanham Act)

27.    Eden repeats and incorporates by reference the statements and allegations in paragraphs 1 to 26 of the Complaint as though fully set forth herein.

28.    Defendants' actions, as set forth above, constitute unfair competition in violation of the Lanham Act, 15 U.S.C. §1125(a), including but not limited to, dilution by blurring and/or tarnishment.

1

**Count 3**

**(Unfair Competition - California Common Law)**

2

3    29.    Eden repeats and incorporates by reference the statements and allegations in paragraphs

4    1 to 28 of the Complaint as though fully set forth herein.

5    30.    Defendants' acts, as set forth above, constitute unfair competition under the common

6    law of the State of California, including but not limited to, dilution by blurring and/or tarnishment.

7    **Count 4**

8    **(Unfair Competition - California Business and Professions Code)**

9    31.    Eden repeats and incorporates by reference the statements and allegations in paragraphs

10   1 to 30 of the Complaint as though fully set forth herein.

11   32.    Defendants' acts, as set forth above, constitute unfair competition as defined in

12   California Business and Professions Code §§17200-17210.

13   **Count 5**

14   **(Dilution – California Business and Professions Code)**

15   33.    Eden repeats and incorporates by reference the statements and allegations in paragraphs

16   1 to 32 of the Complaint as though fully set forth herein.

17   34.    Defendants' acts, as set forth above, constitute dilution under California Business and

18   Professions Code section §§14330-14335.

19   **Count 6**

20   **(Request for Preliminary Injunction)**

21   35.    Eden repeats and incorporates by reference the statements and allegations in paragraphs

22   1 to 34 of the Complaint as though fully set forth herein.

23   36.    Eden seeks to enjoin Defendants and their agents and representatives from using the

24   mark "Euphoria," "Eufora," or any other confusingly similar designation, in connection with

25   Defendants' commercial hair care and skin care products during this action, because this activity

26   infringes Eden's trademarked U.S. Registration No. 3,067,693. *See* 15 U.S.C. §1116.

27   37.    There is a substantial likelihood that Eden will prevail on the merits. The "Euphoria"

28   mark adopted by Defendants after Eden registered the mark "Eufora" on the principal register in

**PLAINTIFF EDEN BEAUTY CONCEPT, INC.'S
COMPLAINT FOR TRADEMARK INFRINGEMENT**

1  International Class 003 is confusingly similar and will falsely indicate an association, approval, or

2  adoption of Defendants' products by Eden.

3      38.    If the court does not grant a preliminary injunction, Defendants will continue their

4  activities that infringe Eden's trademark.

5      39.    Eden will suffer irreparable injury if the court does not enjoin Defendants from using the

6  unregistered mark "Euphoria" because Eden's mark will suffer from dilution or generic use.

7      40.    Defendants will not suffer undue hardship or loss as a result of the issuance of a

8  preliminary injunction.

9      41.    Issuance of a preliminary injunction would not adversely affect the public interest.  In

10  fact, the public will be benefited by not being confused as to any possible association between Eden

11  and Defendants' allegedly infringing mark and products.

12     42.    Eden asks this Court to set this request for preliminary injunction for hearing at the

13  earliest possible time and, after hearing the request, issue a preliminary injunction against defendant.

## DAMAGES

15     43.    Eden repeats and incorporates by reference the statements and allegations in paragraphs

16  1 to 42 of the Complaint as though fully set forth herein.

17     44.    As a direct and proximate result of Defendants' conduct, Eden suffered the following

18  damages:

19          A.    Actual damages.

20          B.    Enhanced damages for willful infringement.

21     45.    Defendants appreciated that their unauthorized use of a mark confusingly similar to

22  Eden's registered mark would result in an undue benefit to Defendants.

23     46.    Defendants' unauthorized and confusingly similar use of the "Euphoria" mark unjustly

24  enriches Defendants at the expense of Eden's reputation and goodwill.

## ATTORNEY FEES

26     47.    Eden repeats and incorporates by reference the statements and allegations in paragraphs

27  1 to 46 of the Complaint as though fully set forth herein.

28     48.    This is an exceptional case, and Eden is entitled to an award of attorney fees under 15

1  U.S.C. §1117(a).

2  **PRAYER FOR RELIEF**

3  49.     WHEREFORE, Eden asks that this Court grant judgment against Defendants for the

4  following:

5  A.     Defendants, their officers, agents, servants, employees, and attorneys, and all

6  persons in active concert or participation with any of them, be preliminarily and permanently

7  enjoined from the following:

8  i.     Using the designation "Euphoria," "Eufora," or any other confusingly

9  similar designation, in connection with the promotion, advertising, or offering of hair

10  care and skin care products.

11  ii.     Competing unfairly with Eden in any manner, including unlawfully

12  adopting or infringing on Eden's "Eufora" mark or adopting or using any other marks or

13  designations, such as "Euphoria" that are confusingly similar to Eden's "Eufora" mark.

14  iii.     Conspiring with, aiding, assisting, or abetting any other person or entity

15  in engaging in or performing any of the activities referred to in subparagraphs (1) and

16  (2) above.

17  B.     Defendants, their officers, agents, servants, employees, and attorneys, and all

18  persons in active concert or participation with any of them, deliver for destruction, or show

19  proof of destruction of, any and all products, labels, signs, prints, packages, wrappers,

20  receptacles, and advertisements, and any other materials in their possession or control that

21  depict or reference the designation "Eufora," "Euphoria," or any other confusingly or

22  substantially similar mark, and any materials or articles used for making or reproducing the

23  same, as provided by 15 U.S.C. §1118.

24  C.     Defendants file with the court and serve on Eden, within 30 days after the entry

25  and service on Defendants of an injunction, a report in writing and under oath setting forth in

26  detail the manner and form in which Defendants have complied with the provisions of

27  subparagraphs (a) and (b) above.

28  D.     Eden recover all damages it has sustained as a result of Defendants' infringement

1    and unfair competition.

2         E.     Eden be awarded treble damages under 15 U.S.C. §1117(b).

3         F.     An accounting be directed to determine Defendants' profits resulting from its
4    infringement and unfair competition and that the profits be paid over to Eden, increased as the
5    court determines is appropriate to the circumstances of this case.

6         G.     The court declare this case an exceptional case and award Eden its reasonable
7    attorney fees for prosecuting this action under 15 U.S.C. §1117(a).

8         H.     Under 15 U.S.C. §1119, the court order the United States Patent and Trademark
9    Office to refuse to register U.S. Trademark Application No. 78/635,594 for "Euphoria."

10        I.     Eden recover its costs of this action and pre-judgment and post-judgment
11   interest.

12        J.     Eden receive all other relief the court deems appropriate.

13

14                           **DEMAND FOR JURY TRIAL**

15   Eden hereby demands a trial by the jury on its claims herein.

16

17

18                           Respectfully submitted,

19   Dated: July 2, 2008          MANDOUR & ASSOCIATES

20

21

22   _____
     Joseph A. Mandour, III

23   Attorneys for Plaintiffs,
24   EDEN BEAUTY CONCEPTS, INC.

25

26

27

28

1    and unfair competition.

2              E.    Eden be awarded treble damages under 15 U.S.C. §1117(b).

3              F.    An accounting be directed to determine Defendants' profits resulting from its

4    infringement and unfair competition and that the profits be paid over to Eden, increased as the

5    court determines is appropriate to the circumstances of this case.

6              G.    The court declare this case an exceptional case and award Eden its reasonable

7    attorney fees for prosecuting this action under 15 U.S.C. §1117(a).

8              H.    Under 15 U.S.C. §1119, the court order the United States Patent and Trademark

9    Office to refuse to register U.S. Trademark Application No. 78/635,594 for "Euphoria."

10             I.    Eden recover its costs of this action and pre-judgment and post-judgment

11   interest.

12             J.    Eden receive all other relief the court deems appropriate.

13

14                          **DEMAND FOR JURY TRIAL**

15   Eden hereby demands a trial by the jury on its claims herein.

16

17

18                                    Respectfully submitted,

19   Dated: July 2, 2008              MANDOUR & ASSOCIATES

20

21                                    _____

22                                    Joseph A. Mandour, III

23                                    Attorneys for Plaintiffs,
24                                    EDEN BEAUTY CONCEPTS, INC.

25

26

27

28

                                              PLAINTIFF EDEN BEAUTY CONCEPT, INC.'S
                                              COMPLAINT FOR TRADEMARK INFRINGEMENT

- 9 -

## **Exhibit Table of Contents**

EXHIBIT 1 – U.S. Trademark Registration No. 3,067,693          Pages:  1

EXHIBIT 2 – Calvin Klein Cosmetics Co. "Euphoria" Brand Products     Pages:  8

EXHIBIT 3 – "Eufora" Brand Advertisements                 Pages:  7

# EXHIBIT 1

# EXHIBIT 1

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

## United States Patent and Trademark Office

Reg. No. 3,067,693
Registered Mar. 14, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

## eufora

EDEN BEAUTY CONCEPTS INC. (CALIFORNIA CORPORATION)
2885 LOKER AVENUE EAST
CARLSBAD, CA 92008

FOR: HAIR CARE PRODUCTS, NAMELY, SHAMPOOS, CONDITIONERS, STYLING GELS AND HAIR SPRAYS– AND SKIN CARE PRODUCTS NAMELY, BATH SALTS, BODY LOTION AND BODY OILS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-15-1995; IN COMMERCE 8-15-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,123,600.

SER. NO. 78-500,347, FILED 10-15-2004.

INGRID C. EULIN, EXAMINING ATTORNEY

EXHIBIT 1
PAGE 1 OF 1

# EXHIBIT 2

Calvin Klein Euphoria for Men Body Wash, 6.7 oz



EXHIBIT 2
PAGE 1 OF 8

# Euphoria for Men Body Wash



EXHIBIT 2
PAGE 2 OF 8

**Euphoria Blossom Body Lotion by Calvin Klein**

Description: This perfumed body lotion features the fresh floral essences of Euphoria Blossom.
See More Details



EXHIBIT 2
PAGE 3 OF 8

**Euphoria Sensual Skin Lotion by Calvin Klein**

Description: This sensual skin lotion is perfumed with the lush floral essences of
Euphoria by Calvin Klein.



EXHIBIT 2
PAGE 4 OF 8

**Euphoria by Calvin Klein Bath & Shower Cream, 6.7 oz**



EXHIBIT 2
PAGE 5 OF 8

Euphoria By Calvin Klein For Women. Shower Creme 6.7 OZ



EXHIBIT 2
PAGE 6 OF 8

# Euphoria Luminous Body Cream



EXHIBIT 2
PAGE 7 OF 8

Euphoria by Calvin Klein for Men, 6.7 oz Shower Gel / Body Wash



EXHIBIT 2
PAGE 8 OF 8

# EXHIBIT 3





## BEAUTY    SPOTLIGHT

RUNWAY

FASHION

SHOPPING

BEAUTY

Spring Hairstyles

New Spring Fragrances

ELLE Spa Guide

Truth in Beauty

8 Step Complexion

Classic Bangs

Nature vs. Technology

Beauty Report

More Beauty Report

Vote For Top 5

Top 5 Results

Beauty Video

Beauty Forum

ASTROLOGY

IN THE MAGAZINE

ELLE INTERNATIONAL

VIDEO

MOBILE



‹PREVIOUS›    ELLE and Eufora Shampoo Contest    ‹NEXT›



**ENTER TO WIN A $1,000 PRIZE PACKAGE
AND THE CHANCE TO NAME A NEW SHAMPOO**



ELLE and Eufora hair care are developing a new all-natural clarifying shampoo, and we need your help deciding what to call it! Come up with the perfect name, and you'll not only see your idea printed on thousands of bottles (launching in May), but Eufora will donate $500 to the environmental charity of your choice and give you a Eufora product gift basket worth $500.

Entries may be no longer than 18 characters, including spaces, and should make clear that this is a natural way to remove mineral build-up from hair. The formula contains an aloe vera base and will be enriched with antioxidants. Current Eufora products include Daily Balance Conditioner, Pure Cleanse Shampoo, and Illuminate Shine Mist. All entries are due by February 1st, 2008. One entry per day allowed.



Enter Your Perfect Shampoo Name Here

First Name

Last Name

Email Address

Address

Address2

Phone

City

State

ZIP

☑ Yes, I would like to receive the ELLE.com newsletter

☑ Yes, I would like to receive the ELLE.com newsletter discounts, and other offers from carefully selected third parties.

**Special Subscription Offer**
Get 1 year of ELLE (12 issues) for $12* that's a savings of 66% off the newsstand price!
*Offer valid for US residents and DC only. Click here if you live outside the 50 United States or DC.
yes ○ no ◉

Click here for official rules.

SUBMIT ›

PROMOS/EVENTS | FORUMS | SWEEPSTAKES | SUBSCRIPTIONS/CUSTOMER SERVICE | ABOUT US

Copyright© 2008 Hachette Filipacchi Media, U.S., Inc.| Terms & Conditions| Privacy Policy - Your Privacy Rights| Site Map| Celebrity| Fashion Designers| Fashion Models| New York Fashion Week
Visit other Hachette Filipacchi sites: Boating| Car and Driver| Cycle World| ELLEgirl| Flying| Point Click Home| PopPhoto| Premiere| Road & Track| Sound & Vision| Women's Day
International ELLE Sites: Belgium | Brazil | Canada | China | Czech Republic | France | Germany | Hong Kong | Italy | Japan | Netherlands
| India | South Africa | Korea | Norway | Poland | Quebec | Russia | Spain | Sweden| Taiwan | Turkey | Slovenia | Hungary | United Kingdom | Thailand

**EXHIBIT 3
PAGE 1 OF 7**

eBay Store - SIMPLY THE BEST BEAUTY SUPPLY: EUFORA HAI...    http://stores.ebay.com/...PLY-THE-BEST-BEAUTY-SUPPLY_EU...

**ebaY**®

Buy  Sell  My eBay  Community  Help

Welcome! Sign in or register.

Site Map

| | All Categories | | Search | Advanced Search |

**Categories ▾   Motors   Express   Stores**

Home > eBay Stores > SIMPLY THE BEST BEAUTY SUPPLY > EUFORA HAIR CARE

Add to My Favorite Stores | Sign up for Store newsletter



### SIMPLY THE BEST BEAUTY SUPPLY

Maintained by: sch813 ( 4871 ⭐ ) ⭐ Power Seller 📋

SIMPLY THE BEST sells the most wanted BEAUTY SUPPLY PRODUCTS I CHI, MATRIX, NEXXUS, HOT TOOLS, CERAMIC TOOLS, GUERLAIN, TIGI, DIOR, BIOSILK, HAIRART, FAROUK, LANCOME, ELIZABETH ARDEN, ESTEE LAUDER, BODY DRENCH, ULTIMA, CATWALK, CHANEL, BORGHESE, TREVOR SORBIE, FUDGE, PAUL BROWN

Store Policies    |    Chi    |    Hairart    |    LANCOME

**Store Search**

| |

☐ in titles & descriptions

Search

**Store Categories**

Store home
SKIN CARE & MOISTURIZERS (24)
AG HAIR CARE (18)
ANDIS (4)
BABYLISS (4)
BACK TO BASICS HAIR CARE (12)
BATH & SPA (5)
CHANEL (4)
CHI PRODUCTS (28)
CLEANSERS & SOAPS (2)
CURLING IRONS (5)
DVDS FOR STYLISTS (4)
EUFORA HAIR CARE (18)
FRAGRANCES (48)
FUDGE (8)
HAIR BRUSHES (9)
HAIR CARE PRODUCTS (153)
HAIR DRYERS (13)
HAIR RENEWAL & REMOVAL (1)
HAIRART T3 (4)
HOT TOOLS (3)

**Ending Soon!**



**18 items found in EUFORA HAIR CARE**

View:  All Items | Auction only | Buy It Now only | On Sale only

List View | Picture Gallery

Sort by: Price: highest first

**Item Title**



EUFORA ALOE THERAPY VOLUMIZING SHAMPOO LOT 3 / 16 OZ 📷
US $59.99
🗝️ Buy It Now



EUFORA ATMOSPHERE GENTLE WIND AROMATHERAPY MIST 3 / 2oz 📷
US $45.99
🗝️ Buy It Now

No Photo

EUFORA MOISTURE SOLUTION LIGHT CONDITIONER 32 OZ 📷
US $44.99
🗝️ Buy It Now

No Photo

EUFORA MOISTURE SOLUTION INTENSE CONDITIONER 32 OZ 📷
US $44.99
🗝️ Buy It Now

EXHIBIT 3
PAGE 2 OF 7

5/21/2008 4:56 PM

**JOICO HAIR CARE** (5)
**MAKE-UP** (45)
**MAKE-UP BRUSHES** (7)
**NIOXIN HAIR CARE** (6)
**PHYTO** (1)
**STRAIGHTENERS & FLAT IRONS** (31)
**TANNING RELATED** (1)
**TERAX** (14)
**TREVOR SORBIE** (7)
**TRIMMERS, BUZZERS & SCISSORS** (3)
**WELLA** (23)
**WELLA BIOTOUCH NUTRI-CARE** (23)
**WELLA SYSTEM PROFESSIONAL** (14)
**WHOLESALE LOTS** (12)
**WIGO** (2)

**Display**

- Hide Gallery View
- View ending times (Ends PDT)

**Store Newsletter!**

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!
☑ General Interest

[ Sign Up ]

**Item Title**



EUFORA ALOE THERAPY HYDRATING SHAMPOO LOT 3 / 8.45 OZ
US $44.99
Buy It Now



EUFORA SMOOTH'N STRAIGHTENING BALM LOT 3 / 5.1 OZ EACH
US $38.39
Buy It Now
US $47.99  20% Off



EUFORA BODY BLENDS FACE & BODY MOISTURIZER LOT 3 / 6 OZ
US $37.59
Buy It Now
US $46.99  20% Off



EUFORA HYDRATION LEAVE IN CONDITIONER LOT 2 / 6 OZ EA
US $36.99
Buy It Now



EUFORA HYDRATION & URGENT REPAIR CONDITIONER 1 OF EACH
US $36.99
Buy It Now



EUFORA FIXATION STYLING WAX LOT 3 / 1.5 OZ EACH
US $35.99
Buy It Now
US $44.99  20% Off



EUFORA URGENT REPAIR CONDITIONER REFILL LOT 2 -4.75 OZ
US $34.99
Buy It Now



EUFORA PURE CLEANSE THERAPEUTIC SHAMPOO LOT 2 / 8.45 OZ
US $31.99
Buy It Now



EUFORA VOLUMEFUSION VOLUMIZING SPRAY 2 / 8.45 OZ
US $31.99
Buy It Now
US $39.99  20% Off



EUFORA pureTech CONDITIONING ADDITIVE CONDITIONER
US $28.99
Buy It Now

EXHIBIT 3
PAGE 3 OF 7

**Item Title**



EUFORA
SMOOTH'N
STRAIGHTENING
BALM LOT 2 / 5.1
OZ EACH
**US $25.59**
*Buy It Now*
US $31.99   20%
Off



EUFORA BODY
BLENDS FACE &
BODY
MOISTURIZER
LOT 2 / 6 OZ
**US $25.59**
*Buy It Now*
US $31.99   20%
Off



EUFORA firmMist
FINISHING
SPRAY LOT OF 2
- 8.45 OZ
**US $23.99**
*Buy It Now*
US $29.99   20%
Off



EUFORA FINAL
SCENE LIGHT
FINISHING
SPRAY 2 / 8.45
OZ
**US $22.39**
*Buy It Now*
US $27.99   20%
Off

Page 1 of 1

An eBay Store maintained by:   sch813 ( 4871 ⭐ ) 🏆 Power Seller 📷          Seller, manage Store

RSS | Learn more about feeds

**Tools:**  My eBay Favorites   |   Email this Store to a friend

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany |
Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective
owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time Page last updated: May-21 16:53:24 PDT

EXHIBIT 3
PAGE 4 OF 7

5/23/2008 2:48 PM

EXHIBIT 3
PAGE 5 OF 7

http://www.sleekhair.com/haircare-eufora-hair-eufora-shampoo---conditioner.html

Eufora Shampoo & Conditioner - Eufora Hair



Home > Hair Products > Eufora Hair > Eufora Shampoo & Conditioner
Home > shop by brand > Eufora Hair > Eufora Shampoo & Conditioner

## Eufora Shampoo & Conditioner

Eufura hair shampoo and conditioners contains nature's best kept secret – Aloe Vera Gel. Using this plant, along with aromatherapy oils, Eufora has been able to create specific shampoos for thin, fine hair to dry, curly hair.

**Eufora Hydrating Shampoo**
zero-weight moisturizing cleanser for all hair types

**Eufora Volumizing Shampoo**
bodifying cleanser for fine, thin, or lifeless hair.



**Eufora Moisture Cleanse Shampoo**
for dry, damaged, coarse, or curly hair

Eufora Shampoo & Conditioner - Eufora Hair

5/23/2008 2:48 PM

EXHIBIT 3
PAGE 6 OF 7

**Therapy**
Price: $8.99

Buy Now

**Sebastian Shaper Hairspray – Brushable Styling**
Price: $4.99

Buy Now

**Nexxus VitaTress Biotin Scalp-Creme**
Price: $9.79

Buy Now

**Joico K-Pak Deep Penetrating Reconstructor**
Price: $14.99

Buy Now

Eufora Pure Cleanse Therapeutic Shampoo
gentle cleanser for sensitive skin and scalp

Eufora Moisture Solution Conditioner
for dry, coarse, damaged, or chemically-treated hair

Eufora Daily Balance Conditioner
for thin, fine, or normal hair

Eufora Urgent Repair – Replenishing Treatment

Eufora Hydration Leave-In Conditioner
moisture and sun protection for all hair types

Eufora Fortifi Strengthening Spray
for chemically-treated or damaged hair

Eufora pureTech Professional Treatment

Home | About Us | Privacy Policy | Resources | Contact Us | Blog | Product List | View Cart

Submit

Eufora Shampoo & Conditioner - Eufora Hair

http://www.sleekhair.com/haircare-eufora-hair-eufora-shampoo---conditioner.html

EXHIBIT 3
PAGE 7 OF 7

SleekHair.com is the premier source for discount professional skin and hair products with top brands such as Murad, Paul Mitchell, Redken, Farouk Biosilk Chi, Abba Hair, Schwarzkopf, Goldwell, Graham Webb, Hempz, Kms California, Joico, Iso Hair, Pureology, Rusk, Sebastian, Nioxin, Matrix and much more!

© 2003-2008 All Rights Reserved by sleekhair.com.

Click To Bookmark This Page!

5/23/2008 2:48 PM

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 152587    — TC**

**July 02, 2008
16:06:29**

**Civ Fil Non-Pris**
USAO #.: 08CV1182
Judge..: M. JAMES LORENZ
Amount.:                $350.00 CK
Check#.: BC218298

**Total—>  $350.00**

FROM: EDEN BEAUTY CONCEPTS
      VS.
      CALVIN KLEIN COSMETICS AT AL.

**BY FAX**

# CIVIL COVER SHEET

☜JS 44   (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

08 JUL -2 PM 4: 00

FILED BY DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

**I. (a) PLAINTIFFS**

Eden Beauty Concepts, Inc.

**DEFENDANTS**

Calvin Klein Cosmetics, Co., and Willn, LLC, and Does 1-10 inclusive

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mandour & Associates, 16780 W. Bernardo Dr., Suite 400, San Diego, CA 92127; Tel: 858.487.9300

Attorneys (If Known)

**'08 CV 1182 L WMc**

| **II. BASIS OF JURISDICTION** (Place an "X" in One Box Only) | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only) |
|---|---|

| | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC Sec. 1114 & 1125

Brief description of cause:
Infringement of a federally registered trademark.

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:   JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  07/02/2008

SIGNATURE OF ATTORNEY OF RECORD   _Joe M_

**FOR OFFICE USE ONLY**

RECEIPT #  152587    AMOUNT  $350    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

☜AC  7/2/08

 **ORIGINAL**

CR