Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL -2 PM 4:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

EDEN BEAUTY CONCEPTS, INC.,
a California Corporation,

vs

CALVIN KLEIN COSMETICS COMPANY,
a Delaware Corporation; and

WILLIN, LLC,
a Nevada Limited Liability Company;
and DOES 1-10 Inclusive.

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 1182 L WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mandour & Associates
16870 West Bernardo Drive
Suite 400
San Diego CA 92127

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

JUL 02 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)